IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHARCO HAWKINS, #180465, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:21-CV-294-WHA |
| | ) |
| WEXFORD CORP., et.al., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

On April 23, 2021, the Magistrate Judge entered a Recommendation (Doc. #4) to which no timely objections have been filed. After an independent review of the file and upon consideration of the Recommendation, it is ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. This case is DISMISSED with prejudice pursuant to the provisions of 28 U.S.C. §1915(e)(2)(B)(i) as the claims raised in the complaint are barred by the applicable statute of limitations

A separate Final Judgment will be entered.

DONE this 19th day of May, 2021.

/s/   W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE